IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHANNAH BENNETT<br>Plaintiff<br><br>vs.<br><br>CREDITORS FINANCIAL GROUP, LLC<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 09-357 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JOHANNAH BENNETT, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

> BY: /s/ Bruce K. Warren
> Bruce K. Warren, Esquire
> Attorney for Plaintiff
> Attorney I.D. #89677
> Warren & Vullings, LLP
> 1603 Rhawn Street
> Philadelphia, PA  19111
> 215-745-9800